## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BRENT TERELL MARTIN SR.**                                           **PLAINTIFF**
**#135068**

**v.**                                **No: 2:22-cv-00005 LPR-PSH**

**ENGLEMEN**                                                         **DEFENDANT**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Brent Terell Martin, Sr. filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 5, 2022 (Doc. No. 2), and was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). On March 7, 2022, Martin notified the Court of a new free-world address indicating that he had been released from custody (Doc. No. 10). The same day, the Court ordered

Martin to submit the remainder of the $350.00 filing fee or file a fully completed and signed IFP application reflecting his free-world financial status within 30 days (Doc. No. 11).  Martin was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed since the Court entered its March 7 Order, and Martin has not complied or otherwise responded to the order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Martin's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE