IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT TERELL MARTIN SR.** **PLAINTIFF**
**#135068**

v.              No: 2:22-cv-00005 LPR

**ENGLEMEN**                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 13). No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Martin Sr.'s complaint (Doc. No. 2) be dismissed without prejudice.

Dated this 23rd day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE