# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**BRENT TERELL MARTIN SR.**                                                                    **PLAINTIFF**
**#135068**

v.                              No: 2:22-cv-00005 LPR

**ENGLEMEN**                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Brent Terrell Martin, Sr.'s Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 23rd day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE